UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA COX,<br><br>    Plaintiff,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No.: C 11-1225 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than August 16, 2011.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, August 23, 2011 at 2 p.m. to show cause why the case should not be dismissed.

Dated: 8/4/2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER